UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NORMAN LAURENCE, JR.

    V.                                                        C.A. No. 13-128L
                                                          C.A. No. 13-129L

ASHBEL T. WALL

## O R D E R OF JUDGMENT

The Reports and Recommendations of U.S. Magistrate Judge Lincoln D. Almond filed in the above-entitled cases, each dated September 4, 2013, hereby are accepted and adopted in total.

Therefore, the Defendant's Motions to Dismiss filed in each case are granted, and both of these cases are dismissed in their entirety, with prejudice.

The Clerk shall enter judgment for the defendant forthwith in C.A. No. 13-128L and C.A. 13-129L.

ENTER:

/s/ Ronald R. Lagueux
Ronald R. Lagueux
Senior U.S. District Judge
October 23, 2013